1  Joel M. Murillo, Esquire, #101143
2  311 East Merced Street
   Fowler, California 93625
3  (559) 834-9900
4  (559) 834-9901 Fax

5  Attorney for Plaintiff, NORMAN PIMENTEL

6

7                           UNITED STATES DISTRICT COURT
8                           EASTERN DISTRICT OF CALIFORNIA
9                                         *****

10
11 NORMAN PIMENTEL,                       )  Case No: 1:10-CV-01736-OWW-DLB
                                          )
12        Plaintiff,                      )
                                          )  STIPULATION TO CONTINUE
13 vs.                                    )  DEFENDANTS' MOTION TO DISMISS
                                          )  AND IN THE ALTERNATIVE TO
14                                        )  STRIKE AND ORDER THEREON
   THE COUNTY OF FRESNO, and DOES 1 TO    )
15 50,                                    )  Date:  November 22, 2010
                                          )  Time:  10:00 a.m.
16        Defendants.                     )  CTRM:  3
                                          )
17                                        )
                                          )
18                                        )

19  _____

20        It is hereby stipulated among the parties hereto, through their respective counsel, that
21 defendants' motion to dismiss plaintiff's First Amended Complaint and in the alternative to
22 strike allegations of regulatory violations and attorney fees [FRCP 12(b) and (f)], presently set
23 for hearing on November 22, 2010, at 10:00 a.m., in courtroom 3, shall be moved to Monday,
24 January 24, 2011, at 10:00 a.m., in courtroom 3.  This continuance is at the request of the
25 plaintiff and his attorney, a sole practitioner, who requires additional time to respond to the
26 motion.  Plaintiff's response shall be due, in accordance with Local Rule 230, on or before
27 January 10, and any reply shall be due on or before January 17, 2011.
28

- 1 –
Pimentel v. The County of Fresno, et al.,   U.S. District Case No.: 1:10-CV-01736-OWW-DLB         14-7597
**STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE TO STRIKE AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1
2  DATED: November 18, 2010                    /s/ JOEL MURILLO
                                                JOEL M. MURILLO
3                                               Attorney for Plaintiff
                                                NORMAN PIMENTEL
4
5  DATED: November 18, 2010                    /s/ CAREY JOHNSON
                                                CAREY H. JOHNSON
6                                               Attorneys for Defendants
                                                COUNTY OF FRESNO and
7                                               CAPTAIN JOSE FLORES
8
   IT IS SO ORDERED.
9
10
   Dated: November 19, 2010                    /s/ OLIVER W. WANGER
11                                              United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 –
Pimentel v. The County of Fresno, et al.,   U.S. District Case No.: 1:10-CV-01736-OWW-DLB          14-7597
**STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE TO STRIKE AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com