# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN L. PIMENTEL, | ) | 1:10cv01736 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | RESPONSE CONTINUED |
| v. | ) | |
| | ) | |
| COUNTY OF FRESNO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 26, 2012, the Court ordered Plaintiff Norman Pimentel to show cause, if any he had, why this action should not be dismissed for failure to discover the identity of the alleged Doe defendants and for failure to prosecute this action.

On February 8, 2012, Plaintiff responded, stating only that the Scheduling Order issued on February 18, 2011, ordered the parties to complete all discovery, including experts, on or before May 23, 2012. Doc. 63.

Accordingly, the ORDER TO SHOW CAUSE is HEREBY CONTINUED. Plaintiff shall file a written response to this order setting forth the status of the matter on May 24, 2012. <u>If Plaintiff fails to comply with this order, the Court will recommend that this action be dismissed for failure to comply with this Court's orders.</u>

IT IS SO ORDERED.

Dated: **February 13, 2012**      /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE