# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN L. PIMENTEL, | ) | 1:10cv01736 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING SCHEDULING CONFERENCE ORDER AND DIRECTING SERVICE OF DOE DEFENDANTS |
| v. | ) | |
| | ) | ORDER SETTING SCHEDULING CONFERENCE |
| COUNTY OF FRESNO, et al., | ) | |
| | ) | Date: August 30, 2012 |
| Defendants. | ) | Time: 9:00 a.m. |
| | ) | Courtroom 9 (6th Floor) |

On January 26, 2012, the Court ordered Plaintiff Norman Pimentel to show cause, if any he had, why this action should not be dismissed for failure to discovery the identity of the alleged Doe Defendants and for failure to prosecute this action. Plaintiff responded and indicated that the deadline to complete all discovery was May 23, 2012.

On February 14, 2012, the Court continued the Order to Show Cause and ordered Plaintiff to file a written response to the setting forth the status of the matter on May 24, 2012. Plaintiff did not file a written response setting forth the status of the matter. However, on May 9, 2012, Plaintiff substituted Guillermo Cortes and Alfred Ruvalcaba, M.D. in place of two Doe defendants. Docs. 66 and 67.

Based on the substitutions, the Court HEREBY ORDERS as follows:

1. The Order to Show Cause issued on January 26, 2012, is DISCHARGED;
2. The Scheduling Conference Order issued on February 22, 2011, is VACATED;

3. Plaintiff SHALL SERVE the substituted Doe Defendants within forty-five (45) days of the date of this Order and file proof of service with this Court; and

4. A Scheduling Conference is SET for August 30, 2012, at 9:00 a.m. in Courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated:   **May 29, 2012**                              /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE