IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN L. PIMENTEL,                     )<br>                                                            )<br>                                                            )<br>                                                            )<br>                     Plaintiff,               )<br>                                                            )<br>          vs.                                          )<br>                                                            )<br>COUNTY OF FRESNO, et al.,            )<br>                                                            )<br>                    Defendants.         )<br>_____ ) | 1:10cv01736 LJO DLB<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATION<br>(Document 81) |

On November 16, 2012, the Magistrate Judge issued Findings and Recommendation that Defendant's motion to dismiss be granted and that Defendant Dr. Ruvalcaba be dismissed from this action based on Plaintiff's failure to state any claims against him.  This Findings and Recommendation was served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 16, 2012, is ADOPTED IN

1

1       FULL;

2   2.   Defendant's motion to dismiss is GRANTED;

3   3.   Defendant Dr. Ruvalcaba is DISMISSED from this action based on Plaintiff's failure to state any claims against him; and

5   4.   Judgment is entered in favor of Dr. Ruvalcaba only.

IT IS SO ORDERED.

**Dated:**   **December 6, 2012**     /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE